# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE Middle DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Karen Maria Blankenbiller<br>     Debtor | CHAPTER 7<br><br>BKY. NO. 16-03432 JJT |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

  Kindly enter my appearance on behalf of Ditech Financial LLC, and index same on the master mailing list.

Re: Loan # Ending In: 8625

                    Respectfully submitted,

                    **/s/Joshua I. Goldman , Esquire**
                    Joshua I. Goldman, Esquire
                    Thomas Puleo, Esquire
                    KML Law Group, P.C.
                    701 Market Street, Suite 5000
                    Philadelphia, PA 19106-1532
                    (215) 825-6306 FAX (215) 825-6406