Certificate Number: 14912-PAM-DE-028132843

Bankruptcy Case Number: 16-03432



14912-PAM-DE-028132843

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 28, 2016</u>, at <u>9:42</u> o'clock <u>PM EDT</u>, <u>Karen Blankenbiller</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>September 28, 2016</u>     By:    <u>/s/Jai Bhatt</u>

                          Name:  <u>Jai Bhatt</u>

                          Title:  <u>Counselor</u>