```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 16-03432-JJT
Karen Maria Blankenbiller                                       Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5   User: PRatchfor   Page 1 of 1   Date Rcvd: Apr 25, 2017
                   Form ID: fnldec    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2017.
db         +Karen Maria Blankenbiller,   134 Angel Drive,   New Ringgold, PA 17960-9498

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2017 at the address(es) listed below:
          Jason M Rapa    on behalf of Debtor Karen Maria Blankenbiller jrapa@rapalegal.com,
           ssprouse@rapalegal.com;mhine@rapalegal.com
          Joshua I Goldman    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Thomas I Puleo    on behalf of Creditor   Ditech Financial LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          William G Schwab (Trustee)    schwab@uslawcenter.com,
           wschwab@iq7technology.com;ecf@uslawcenter.com
                                                                                                   TOTAL: 5

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Karen Maria Blankenbiller  
134 Angel Drive  
New Ringgold, PA 17960

Chapter 7  
Case No. 5:16−bk−03432−JJT

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):  
xxx−xx−9126

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED, William G Schwab (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: April 25, 2017

By the Court,

Honorable John J. Thomas  
United States Bankruptcy Judge  
By: PRatchford, Deputy Clerk